EMERSON L. DARNELL v. TWP. OF MOORESTOWN.

June 26, 1979.   Petition for certification denied.   (See 167 *N.J.Super.* 16)

STATE OF NEW JERSEY v. CARL UNANGST.

June 26, 1979.   Petition for certification denied.

HOWARD E. DUNLAP v. THE TORSION BALANCE COMPANY.

June 26, 1979.   Petition for certification denied.

IN THE MATTER OF MAYWOOD BD. OF ED.

v.

MAYWOOD EDUCATION ASSOCIATION.

June 26, 1979.   Petitions for certification denied.   (See 168 *N.J.Super.* 45)

ZALIMKAN NALOY v. MERRICK SCALE MFG. CO.

June 26, 1979.   Petition for certification denied.